IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN ROE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-cv-00125-JPG |
| | ) |
| MARVIN RICHARDSON, in his official capacity as acting director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and MERRICK GARLAND, in his official capacity as Attorney General of the United States, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff John Roe's Complaint against Defendants Marvin Richardson and Merrick Garland is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**
**Dated: January 12, 2022**

                                                         /s/ J. Phil Gilbert
                                                        **J. PHIL GILBERT**
                                                        **DISTRICT JUDGE**