APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF ILLINOIS

JOHN ROE,

    Plaintiff,

vs.

MARVIN RICHARDSON, in his official capacity as acting director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and MERRICK GARLAND, in his official capacity as Attorney General of the United States,

    Defendants.

Case No. 3:21-cv-00125-JPG

## NOTICE OF APPEAL

Comes now Plaintiff, John Roe, by and through his attorneys, and hereby tender their NOTICE OF APPEAL, in the above styled case, to wit, Plaintiff appeals:

1. The order of January 12, 2022 (Doc. 37) dismissing this case,

2. The Judgment of January 12, 2022 (Doc. 38),

3. Order of September 21, 2021 (Doc. 31), and

4. Any and all other orders and matters necessary for a full and complete appeal of all appropriate matters in this case.

WHEREFORE, Plaintiff John Roe humbly requests that this Honorable Court reverse and vacate the orders and judgment dismissing this case, as well as the order denying Plaintiff permission to conduct discovery, and to remand this case, with directions to allow the case to proceed on the

merits, and to allow appropriate discovery, plus such other, further and different relief as is appropriate.

Dated:  February 1, 2022                                Respectfully Submitted,

                                                            s/Thomas G. Maag  
                                                            Thomas G. Maag  
                                                            Maag Law Firm, LLC  
                                                            22 West Lorena Avenue  
                                                            Wood River, IL  62095  
                                                            618-216-5291  
                                                            tmaag@maaglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he filed the foregoing document, on this date, using the CM/ECF system, which will send notification to all registered users.

Nicholas J. Biersbach  
Assistant U.S. Attorney - Fairview Heights  
9 Executive Drive  
Suite 300  
Fairview Heights, IL 62208  
618-628-3700  
Fax: 618-622-3810  
Email: nicholas.biersbach@usdoj.gov

Dated:  2-1-2022                                s.Thomas G. Maag